UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 14-10226

                                    Hon. John Corbett O'Meara

BRIAN J. ROMAN,

    Defendant.
_____/

# ORDER DENYING PLAINTIFF'S MOTION
# IN LIMINE WITHOUT PREJUDICE

    Before the court is Plaintiff's motion regarding the admissibility of its trial exhibits: a student loan promissory note and a certificate of indebtedness. The court has reviewed the parties' submissions and will rule upon the admissibility of Plaintiff's exhibits in the context of the evidence received and foundation laid at trial.

    Therefore, IT IS HEREBY ORDERED that Plaintiff's motion in limine is DENIED WITHOUT PREJUDICE.

    IT IS FURTHER ORDERED that Defendant's motion to partially strike Plaintiff's reply brief is DENIED.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: November 5, 2015

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, November 5, 2015, using the ECF system.

                                            s/William Barkholz
                                            Case Manager